**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **VINCE MARTINEZ HARRIS, SR.,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **V.** | **:** | |
| | **:** | **NO. 4:25-cv-00255-CDL-AGH** |
| **GEORGE LIPSCOMB, II, *et al.*,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

## <u>ORDER</u>

Plaintiff Vince Martinez Harris, Sr., a prisoner in the Georgia Diagnostic and Classification Prison in Jackson, Georgia, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  ECF No. 1.  On preliminary review, it was recommended that the complaint be dismissed without prejudice for failure to state a claim.  ECF No. 5.  In particular, Plaintiff's claims all related to his state court criminal case, but he had not alleged facts showing that the prosecution ended in his favor or that his conviction had been overturned.  Therefore, his claims failed.  *Id.* at 4-6.  Plaintiff did not file objections within the allotted period, and this Court adopted the recommendation and dismissed Plaintiff's complaint.  ECF No. 6.

Plaintiff has now filed several letters to the Court and a motion for a new trial.  ECF Nos. 8-13.  These filings are focused on Plaintiff's assertion that there were errors in his criminal proceedings.  They do not address the reasons that this case was dismissed.  Indeed, rather than seeking to change the judgment in the present case, the motion for a

new trial appears to be seeking a new trial in Plaintiff's state court criminal case.   ECF No. 12.   Such relief is not appropriate in this case, and nothing in Plaintiff's post-judgment filings suggests that there is any reason to reopen this case.   Therefore, Plaintiff's motion for a new trial (ECF No. 12) is **DENIED**, and no action will be taken as to the letters that Plaintiff has filed with this Court.

      **SO ORDERED**, this 24th day of March, 2026.


S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

2